# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Fort Worth Division*

SHERLEY WOODS, et al.
Plaintiff

v.

4:19-cv-00696
Civil Action No.

CITY OF ARLINGTON, TX, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs Sherley Woods and Terrence Harmon

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Plaintiffs Sherley Woods and Terrence Harmon

| | |
|---|---|
| Date: | September 4, 2019 |
| Signature: | *[signature]* |
| Print Name: | John J. Coyle, Esq. |
| Bar Number: | PA 312084 |
| Address: | 123 S. Broad St. Suite 2250 |
| City, State, Zip: | Philadelphia, PA 19109 |
| Telephone: | 215-545-8800 |
| Fax: | 215-545-8805 |
| E-Mail: | jcoyle@mceldrewyoung.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons