IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS – FORT WORTH DIVISION

| | |
|---|---|
| SHERLEY WOODS, as Administratrix for the ESTATE OF O'SHAE TERRY, AND TERRENCE HARMON, Plaintiffs, v. THE CITY OF ARLINGTON, TEXAS AND BAU TRAN, Defendants. | Civil Action No. 4:19-cv-00696-O |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, Sherley Woods, as Administratrix of the Estate of O'Shae Terry, and Terrence Harmon, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order granting Defendant Bau Tran's Motion to Dismiss and granting Defendant The City of Arlington, Texas's Motion to Dismiss entered in this action on August 12, 2020.

Respectfully submitted,

/s/ John J. Coyle
John J. Coyle, Esq.
*Attorney for the Plaintiffs*

MCELDREW YOUNG PURTELL
123 South Broad Street
Suite 2250
Philadelphia, PA 19109
215-545-8800
jcoyle@mceldrewyoung.com

Date: August 13, 2020